UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUSSUF SHOKUR,<br><br>    Petitioner,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, III, et al.,<br><br>    Respondents. | No. CV 18-2934-JFW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondents' motion to dismiss is GRANTED; and (2) petitioner's fourth claim for relief is dismissed without prejudice for lack of jurisdiction.

DATED: November 26, 2018

                                                    JOHN F. WALTER<br>                                                    United States District Judge