1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

WESTERN DIVISION

10  YUSSUF SHOKUR,                                  No. CV 18-02934-JFW (FFM)

11              Petitioner,                         [~~PROPOSED~~]

12              v.                                  **ORDER DISMISSING CASE**

13  JEFFERSON BEAUREGARD                            Honorable Frederick F. Mumm
    SESSIONS, III, *Attorney General of the*       United States Magistrate Judge
14  *United States*; KIRSTJEN NIELSEN,
    *Secretary of the Department of*
15  *Homeland Security*; MATHEW
    ALBENCE, *U.S. Immigration and*
16  *Customs Enforcements District*
    *Director of Enforcement and Removal*;
17  DAVID MARIN, *Los Angeles Field*
    *Office Director, Office of Detention and*
18  *Removal Operations,*
19
20              Respondents.
21
22
            Based upon the Stipulation for Dismissal submitted by the parties, IT IS HEREBY
23
    ORDERED that this case is dismissed with prejudice.  The parties shall bear their own
24
    fees and costs.
25
    Dated: May 6, 2019
26
                                            /s/ Frederick F. Mumm
27                                          HONORABLE FREDERICK F. MUMM
                                            United States Magistrate Judge
28